UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. POTTER,

                Plaintiff,

      -against-

PORT JERVIS POLICE DEPARTMENT;
SERGEANT SEAN EGAN; SERGEANT
DETECTIVE MICHALE MYERS; PTL
OFFICER CHRISTOPHER MEEHAN; PTL
OFFICER ANDREW HANIUK,

                Defendants.

21-CV-1794 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued August 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 12, 2021
        New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge